UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
The Money Source, Inc.

In Re:

Kimberly Corbin,

Debtor.

Case No.: __19-32786-ABA__

Chapter: __13__

Hearing Date: __6/2/2020__

Judge: __Altenburg__

### STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒  Settled            ☐  Withdrawn

Matter: Motion for Relief from Stay (Docket # 22)

_____

Date: 5/27/2020                    /s/ Denise Carlon
                                   Signature

*rev.8/1/15*