| |
|---|
| UNITED STATES BANKRUPTCY COURT |
| DISTRICT OF NEW JERSEY |
| *OFFICE OF THE CHAPTER 13 STANDING TRUSTEE* |
| **Isabel C. Balboa, Esquire** |
| **Cherry Tree Corporate Center** |
| **535 Route 38, Suite 580** |
| **Cherry Hill, New Jersey  08002** |
| **(856) 663-5002** |

In Re:

Kimberly S. Corbin

                Debtor(s)

Case No. 19-32786 (ABA)

Judge:  Andrew B. Altenburg, Jr.

**STIPULATION ADJUSTING TRUSTEE PAYMENTS**

**WHEREAS**, a review of Debtor(s)' case by the Chapter 13 Standing Trustee's Office revealed that Debtor(s)' monthly Trustee payments should be recalculated and good cause having been shown, and

**WHEREAS**, the Trustee and Debtor(s)' counsel have agreed to resolve the adjustment in Trustee payments by Stipulation;

**NOW THEREFORE**, the Trustee and counsel for Debtor(s) hereby agree as follows:

Debtor(s)' case be and is hereby allowed to continue at $1,900 receipts applied to plan, then $200 per month for twenty-four (24) months commencing December 1, 2020, then $1,086 for twenty-four (24) months starting December 1, 2022, for a total plan length of sixty (60) months.

**IT IS STIPULATED** that all other terms set forth in the Order Confirming Plan entered on May 14, 2020, remain in effect.

/s/ Richard S. Hoffman                               12/7/2020
Richard S. Hoffman, Jr.                             Date
Debtor(s)' Attorney

/s/ Isabel C. Balboa                                   12/7/2020
Isabel C. Balboa                                       Date
Chapter 13 Standing Trustee