Order Filed on March 28, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **Caption in Compliance with**<br>**D.N.J.LBR 9004-1**<br><br>**STEWART LEGAL GROUP, P.L**.<br>*Formed in the State of Florida*<br>Gavin N. Stewart, Esq.<br>*Of Counsel to Bonial & Associates, P.C.*<br>401 East Jackson Street, Suite 2340<br>Tampa, FL 33602<br>Tel: 813-371-1231/Fax: 813-371-1232<br>E-mail: gavin@stewartlegalgroup.com<br>*Attorney for The Money Source Inc.* |
| In re:<br><br>Kimberly S. Corbin<br>                                              Debtor. |

Chapter 13

Case No. 19-32786-ABA

Hearing Date: March 15, 2022

Judge Andrew B. Altenburg Jr.

# ORDER RESOLVING CERTIFICATION OF DEFAULT

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: March 28, 2022**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Debtors: Kimberly S. Corbin
Case No.: 19-32786-ABA
Caption of Order: **ORDER RESOLVING CERTIFICATION OF DEFAULT**

THIS MATTER having been opened to the Court upon the Certification of Default ("COD") filed by The Money Source Inc. ("Creditor"), whereas the post-petition arrearage amount was $43,954.47 as of March 13, 2021, it is hereby **ORDERED**:

1. The automatic stay provided under 11 U.S.C. §362(a) shall remain in effect as to Creditor's interest in the following property: **311 Juniper Lane Woolwich Twp, New Jersey 08085** ("Property") provided that the Debtor complies with the following:

    a. Within 90 days from the date of entry of this Order, the Debtor shall cure the total amount of the post-petition arrearage, **$43,954.47**, by remitting payment in full of the same directly to Creditor; and

    b. The Debtor shall resume making the regular monthly payments to Creditor as they become due beginning with the April 1, 2022 payment and all subsequent payments per the terms of the underlying note and mortgage.

2. All payments due hereunder to be paid directly to Creditor shall be sent to the following address: **The Money Source Inc., 500 S. Broad Street, Suite 100A, Meriden, CT 06450**.

3. The Debtor will be in default under the Consent Order if the Debtor fails to comply with the payment terms and conditions set forth in above paragraphs and/or if the Debtor fails to make any payment due to Creditor under the Chapter 13 Plan.

4. If the Debtor fails to cure the default within thirty (30) days from the date of default, then, upon Creditor's filing of a Certificate of Default to the Court, the automatic stay imposed under 11 U.S.C. § 362(a) shall be immediately terminated, and Creditor may contemporaneously

submit an order terminating the automatic stay and permitting Creditor to exercise any rights under the loan documents with respect to the Property.

     5.     Creditor is awarded reimbursement of attorney fees in the amount of $250.00 to be paid through the Chapter 13 Plan.