Printed on: 12/31/2022　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page 1 of 2
ISABEL C. BALBOA [*ICB-99001-00*]

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 19-32786 (ABA)

Kimberly S. Corbin  
311 Juniper Lane  
Swedesboro, NJ  08085

Monthly Payment: $1,086.00  
Payments / Month: 1  
Current Trustee Comp.: 9.60%

**For the period of 01/01/2022 to 12/31/2022**  
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/20/2022 | $205.00 | 01/20/2022 | $205.00 | 01/20/2022 | $205.00 | 02/25/2022 | $205.00 |
| 07/21/2022 | $810.00 | | | | | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | KIMBERLY S. CORBIN | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | RICHARD S. HOFFMAN, JR., ESQUIRE | 13 | $4,410.00 | $4,410.00 | $0.00 | $2,047.26 |
| 1 | AMERASSIST AR SOLUTIONS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | AXIOM ACQUISITION VENTURES, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | CAPITAL ONE BANK USA, N.A. | 33 | $2,178.93 | $0.00 | $2,178.93 | $0.00 |
| 4 | CAPITAL ONE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | CENTRAL PORTFOLIO CONTROL | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | COMCAST | 33 | $514.52 | $0.00 | $514.52 | $0.00 |
| 7 | PREMIER BANKCARD, LLC | 33 | $745.05 | $0.00 | $745.05 | $0.00 |
| 8 | I.C. SYSTEM | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | INSPIRA HEALTH URGENT CARE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | INSPIRA MEDICAL GROUP | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | LASIK PLUS FINANCING | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | NAVIENT SOLUTIONS, LLC | 33 | $45,143.06 | $0.00 | $45,143.06 | $0.00 |
| 13 | OPENSKY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | PHEAA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | PRESTIGE FINANCIAL SERVICES | 24 | $1,376.91 | $35.69 | $1,341.22 | $0.00 |
| 16 | PROGRESSIVE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | ATLANTIC CITY ELECTRIC COMPANY | 33 | $759.80 | $0.00 | $759.80 | $0.00 |
| 18 | PINNACLE SERVICE SOLUTIONS, LLC | 33 | $510.00 | $0.00 | $510.00 | $0.00 |
| 19 | ROTHMAN ORTHOPAEDICS INSTITUTE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | RUSHMORE SERVICE CENTER | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | SECURITY CREDIT SERVICES, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | FIRST HARVEST CREDIT UNION | 33 | $1,274.05 | $0.00 | $1,274.05 | $0.00 |
| 23 | STAR IMAGING OF RIVERWINDS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | SYNCHRONY BANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25 | THE MONEY SOURCE, INC. | 24 | $22,915.06 | $594.05 | $22,321.01 | $0.00 |
| 26 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 27 | WELLS FARGO CARD SERVICES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 28 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29 | RICHARD S. HOFFMAN JR. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30 | ATLANTIC CITY ELECTRIC COMPANY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31 | PREMIER BANKCARD, LLC | 33 | $998.57 | $0.00 | $998.57 | $0.00 |
| 32 | VERIZON BY AMERICAN INFOSOURCE | 33 | $157.14 | $0.00 | $157.14 | $0.00 |
| 33 | WELLS FARGO BANK, N.A. | 33 | $629.79 | $0.00 | $629.79 | $0.00 |
| 34 | THE MONEY SOURCE, INC. | 13 | $250.00 | $250.00 | $0.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 01/01/2020 | 10.00 | $0.00 |
| 11/01/2020 | Paid to Date | $1,900.00 |
| 12/01/2020 | 24.00 | $200.00 |
| 12/01/2022 | 24.00 | $1,086.00 |
| 12/01/2024 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $1,630.00 |
| Total paid to creditors this period: | $2,047.26 |
| Undistributed Funds on Hand: | $0.00 |
| Arrearages: | $2,021.00 |
| Attorney: | RICHARD S. HOFFMAN, JR., ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**