UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

RICHARD S. HOFFMAN, JR., ESQ. (#RH-9353)
HOFFMAN DiMUZIO
A Partnership of Professional Corporations
412 Swedesboro Road
Mullica Hill, NJ 08062
(856) 694-3939
Attorneys for Debtor(s)

In Re:

KIMBERLY S. CORBIN

                           Debtor

Order Filed on January 20, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 19-32786

Chapter: 13

Judge: ABA

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: January 20, 2023**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Richard S. Hoffman, Jr., Esq._____, the applicant, is allowed a fee of $ _____700.00_____ for services rendered and expenses in the amount of $_____0.00_____ for a total of $_____700.00_____. The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

~~The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the above fee.~~

*rev.8/1/15*