UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

_____

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

RICHARD S. HOFFMAN, JR., ESQ. (#RH-9353)
HOFFMAN DiMUZIO
A Partnership of Professional Corporations
412 Swedesboro Road
Mullica Hill, NJ 08062
(856) 694-3939
Attorneys for Debtor(s)

Order Filed on January 20, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

KIMBERLY S. CORBIN

　　　　　　　　Debtor

| | |
|---|---|
| Case No.: | 19-32786 |
| Chapter: | 13 |
| Judge: | ABA |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: January 20, 2023**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Richard S. Hoffman, Jr., Esq._____, the applicant, is allowed a fee of $ _____700.00_____ for services rendered and expenses in the amount of $_____0.00_____ for a total of $_____700.00_____ .  The allowance is payable:

    ☒  through the Chapter 13 plan as an administrative priority.

    ☐  outside the plan.

~~The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the above fee.~~

*rev.8/1/15*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 19-32786-ABA
Kimberly S. Corbin                                                              Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                          User: admin                              Page 1 of 2
Date Rcvd: Jan 23, 2023                       Form ID: pdf903                     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**
+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
             regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 25, 2023:**

**Recip ID          Recipient Name and Address**
db                  +  Kimberly S. Corbin, 311 Juniper Lane, Swedesboro, NJ 08085-4045

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 25, 2023                   Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 23, 2023 at the address(es) listed below:

**Name                    Email Address**

Denise E. Carlon
                         on behalf of Creditor The Money Source Inc. dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Gavin Stewart
                         on behalf of Creditor The Money Source Inc. bk@stewartlegalgroup.com

Isabel C. Balboa
                         on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Isabel C. Balboa
                         ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Richard S. Hoffman, Jr.
                         on behalf of Debtor Kimberly S. Corbin rshoffman@hoffmandimuzio.com
                         jvillone@hoffmandimuzio.com;hoffmanrr81909@notify.bestcase.com

U.S. Trustee

District/off: 0312-1                        User: admin                                Page 2 of 2
Date Rcvd: Jan 23, 2023                     Form ID: pdf903                        Total Noticed: 1

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6