| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **Caption in Compliance with**<br>**D.N.J.LBR 9004-1**<br><br>**STEWART LEGAL GROUP, P.L.**<br>*Formed in the State of Florida*<br>Gavin N. Stewart, Esq.<br>*Of Counsel to Bonial & Associates, P.C.*<br>401 East Jackson Street, Suite 2340<br>Tampa, FL 33602<br>Tel: 813-371-1231/Fax: 813-371-1232<br>E-mail: gavin@stewartlegalgroup.com<br>*Attorney for The Money Source Inc.* |

In re:

Kimberly S. Corbin

                      Debtor.

Chapter: 13

Case No.: 19-32786-ABA

Judge Andrew B. Altenburg Jr.

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

Creditor, The Money Source Inc., a creditor in the above styled proceeding, requests that all matters which must be noticed pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, regarding the following property and loan be sent to the undersigned:

Property: **311 Juniper Lane, Woolwich Township, NJ 08085**

Loan Number: **xxxxxx0256**

Pursuant to FRBP 2002(g), the undersigned requests that the following address be added to the Court's Master Mailing List:

Stewart Legal Group, P.L.
Gavin N. Stewart
401 East Jackson Street, Suite 2340
Tampa, FL 33602
Phone: 813-371-1231
Fax: 813-371-1232
gavin@stewartlegalgroup.com

Dated: February 21, 2023

        By:    */s/Gavin N. Stewart*
              Gavin N. Stewart, Esq.