UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

Case No.: _____

Judge: _____

Chapter:                    13

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1.  ☐ Motion for Relief from the Automatic Stay filed by _____ , creditor,

    A hearing has been scheduled for _____, at _____.

    ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

    A hearing has been scheduled for _____, at _____.

    ☐ Certification of Default filed by _____,

    I am requesting a hearing be scheduled on this matter.

2.  I oppose the above matter for the following reasons **(choose one)**:

    ☐ Payments have been made in the amount of $ _____, but have not been accounted for. Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:

☐ Other **(explain your answer)**:

Loan modification was entered into August 2022 but is not reflected on the certification of amount due.

After the modification, I have had four separate people in my family get sick and pass away. This has caused me to miss significant time at work as I attempted to care for each one as much as possible. I am now back working full time and have taken a part time job as well in hopes of catching things up. I would like to capitalize the arrears into the plan.

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: __3/28/2023_____        /s/ Kimberly S. Corbin_____
                                    Debtor's Signature

Date: _____        _____
                                    Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*