UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J.LBR 9004-1**

**STEWART LEGAL GROUP, P.L.**
*Formed in the State of Florida*
Gavin N. Stewart, Esq.
*Of Counsel to Bonial & Associates, P.C.*
401 East Jackson Street, Suite 2340
Tampa, FL 33602
Tel: 813-371-1231/Fax: 813-371-1232
E-mail: gavin@stewartlegalgroup.com
*Attorney for The Money Source Inc.*

In re:

Kimberly S. Corbin

Debtor.

Chapter 13

Case No. 19-32786-ABA

Hearing Date: April 11, 2023

Judge Andrew B. Altenburg Jr.

## ADJOURNMENT REQUEST FOR CHAPTER 13

1. I, Gavin N. Stewart, Esq.,

    x    am the attorney for: **The Money Source Inc.**
    ☐    am self-represented

    Phone number: **813-371-1231**

    Email address: **gavin@stewartlegalgroup.com**

2. I request an adjournment of the following hearing:

    Matter: **Motion for Relief from the Automatic Stay (Doc. No. 60)**

    Current hearing date and time: **April 11, 2023 at 10:00AM**

    New date requested: **April 25, 2023 at 110:00AM**

    Reason for adjournment request: **To allow time for a possible resolution of the Motion.**

3. I request an adjournment of confirmation:

    Current confirmation date and time: _____

    New date requested: _____

Reason for adjournment request: _____

Confirmation has been adjourned ___ previous times

Trustee payments are current through _____

The meeting of creditors under § 341(a) of the Code  ☐ was conducted  ☐ was not conducted

4. Consent to adjournment:

X **I have the consent of all parties.**

☐ **I do not have the consent of all parties** (explain below): **Requested but not yet received as of the date of submission. The request is being submitted to meet the required timeframe for adjournment requests.**

I certify under penalty of perjury that the foregoing is true.

Date:     April 7, 2023         /s/Gavin N. Stewart
                                Signature

**Pursuant to D.N.J. LBR 5071-1(b) an adjournment request must be made not later than 3 days before the hearing.**

**NOTE: THIS FORM MUST BE SUBMITTED TO THE CHAPTER 13 TRUSTEE, AND IS NOT REQUIRED WHEN SEEKING THE ADJOURNMENT OF A 341(a) MEETING OF CREDITORS.**

**OFFICIAL USE ONLY:**

The request for adjournment is:

☒ Granted        New hearing date:  4/25/23 @ 10 am        ☐ Peremptory

☐ Granted over objection(s)  New hearing date: _____  ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/1/15*