| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with**<br>**D.N.J.LBR 9004-1**<br><br>**STEWART LEGAL GROUP, P.L**.<br>*Formed in the State of Florida*<br>Gavin N. Stewart, Esq.<br>*Of Counsel to Bonial & Associates, P.C.*<br>401 East Jackson Street, Suite 2340<br>Tampa, FL 33602<br>Tel: 813-371-1231/Fax: 813-371-1232<br>E-mail: gavin@stewartlegalgroup.com<br>*Attorney for The Money Source Inc.* | |
| In re:<br><br>Kimberly S. Corbin<br><br><div align="right">Debtor.</div> | Chapter 13<br><br>Case No. 19-32786-ABA<br><br>Hearing Date: April 25, 2023<br><br>Judge Andrew B. Altenburg Jr. |

### ADJOURNMENT REQUEST FOR CHAPTER 13

1. I, <u>Gavin N. Stewart, Esq.</u>,

    x     am the attorney for: **The Money Source Inc.**
    ☐     am self-represented

    Phone number: **813-371-1231**

    Email address: **gavin@stewartlegalgroup.com**

2. I request an adjournment of the following hearing:

    Matter: **Motion for Relief from the Automatic Stay (Doc. No. 60)**

    Current hearing date and time: **April 11, 2023 at 10:00AM**

    New date requested: **May 2, 2023 at 110:00AM**

    Reason for adjournment request: **Additional time needed to determine a resolution of the motion.**

3. I request an adjournment of confirmation:

    Current confirmation date and time: ___

    _____

    <u>New date requested:</u> _____

<u>Reason for adjournment request</u>: _____

Confirmation has been adjourned ___ previous times

Trustee payments are current through _____

The meeting of creditors under § 341(a) of the Code  ☐ was conducted  ☐ was not conducted

4. Consent to adjournment:

<u>X</u> **I have the consent of all parties.**

☐ **I do not have the consent of all parties** (explain below):  **Requested but not yet received as of the date of submission.  The request is being submitted to meet the required timeframe for adjournment requests.**

I certify under penalty of perjury that the foregoing is true.

Date:        <u>April 21, 2023</u>              <u>/s/Gavin N. Stewart</u>
                                                  Signature

**Pursuant to D.N.J. LBR 5071-1(b) an adjournment request must be made not later than 3 days before the hearing.**

**NOTE: THIS FORM MUST BE SUBMITTED TO THE CHAPTER 13 TRUSTEE, AND IS NOT REQUIRED WHEN SEEKING THE ADJOURNMENT OF A 341(a) MEETING OF CREDITORS.**

<u>**OFFICIAL USE ONLY:**</u>

The request for adjournment is:

☒ Granted         New hearing date: <u>5/2/23 @ 10 AM</u>         ☐ Peremptory

☐ Granted over objection(s)  New hearing date: _____  ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/1/15*