| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with**<br>**D.N.J.LBR 9004-1**<br><br>**STEWART LEGAL GROUP, P.L.**<br>*Formed in the State of Florida*<br>Gavin N. Stewart, Esq.<br>*Of Counsel to Bonial & Associates, P.C.*<br>401 East Jackson Street, Suite 2340<br>Tampa, FL 33602<br>Tel: 813-371-1231/Fax: 813-371-1232<br>E-mail: gavin@stewartlegalgroup.com<br>*Attorney for First Bank, SB dba Servbank FKA The Money Source Inc.*<br><br>In re:<br><br>Kimberly S. Corbin<br><br>                                              Debtor. | Order Filed on April 26, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Chapter 13<br><br>Case No. 19-32786-ABA<br><br>Hearing Date: May 2, 2023<br><br>Judge Andrew B. Altenburg Jr. |

### CONSENT ORDER RESOLVING MOTION TO VACATE AUTOMATIC STAY

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: April 26, 2023**

*/s/ Andrew B. Altenburg, Jr.*
Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Debtor: Kimberly S. Corbin
Case No.: 19-32786-ABA
Caption of Order: **CONSENT ORDER RESOLVING MOTION TO VACATE AUTOMATIC STAY**

THIS MATTER having been opened to the Court upon the Motion to Vacate Automatic Stay ("Motion") filed by First Bank, SB dba Servbank FKA The Money Source Inc. ("Creditor"), whereas the post-petition arrearage was $53,650.74 as of April 24, 2023, and whereas the Debtor and Creditor seek to resolve the Motion, it is **ORDERED**:

1. The automatic stay provided under 11 U.S.C. §362(a) shall remain in effect as to Creditor's interest in the following property: **311 Juniper Lane, Woolwich Twp., New Jersey 08085** ("Property") provided that the Debtor complies with the following:

    a. On or before **May 5, 2023**, the Debtor shall file a modified plan to provide for the for the curing and payment in full of the post-petition arrearage above, namely **$53,650.74**, in addition to the total pre-petition arrearage identified on Amended Proof of Claim Number 12-2 namely **$22,915.06** for a total arrearage cure of **$76,565.80**; and

    b. In addition to the above, the Debtors shall resume making the regular monthly payments to Creditor as they become due beginning with the **May 1, 2023** payment.

2. All direct payments due hereunder shall be sent directly to Creditor at the following address: **First Bank, SB dba Servbank, Attn: Cashiering, 31338 E. Elwood Street, Phoenix, AZ 85034**.

3. The Debtor will be in default under the Consent Order in the event that the Debtor fails to comply with the payment terms and conditions set forth in above paragraphs and/or if the Debtor fails to make any payment due to Creditor under the Chapter 13 Plan.

4.      If the Debtor fails to cure the default within thirty (30) days from the date of default, Creditor may submit a Certificate of Default to the Court on fourteen (14) days' notice to counsel for Debtor and the Chapter 13 Trustee for an order lifting the automatic stay imposed under 11 U.S.C. § 362(a) and permitting Creditor to exercise any rights under the loan documents with respect to the Property.

5.      Creditor is awarded reimbursement of attorney fees and costs in the amount of $350.00 and $188.00 to be paid through the Chapter 13 Plan.

**STIPULATED AND AGREED**:

| | |
|---|---|
| _____ | /s/ Gavin N. Stewart |
| Richard S. Hoffman, Jr., Esq. | Gavin N. Stewart, Esq. |
| Hoffman DiMuzio | Stewart Legal Group, P.L. |
| 412 Swedesboro Road | 401 East Jackson Street, Suite 2340 |
| Mullica Hill, NJ 08062 | Tampa, FL 33602 |
| *Counsel to Debtor* | *Counsel to Creditor* |