UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with**
**D.N.J.LBR 9004-1**

**STEWART LEGAL GROUP, P.L**.
*Formed in the State of Florida*
Gavin N. Stewart, Esq.
*Of Counsel to Bonial & Associates, P.C.*
401 East Jackson Street, Suite 2340
Tampa, FL 33602
Tel: 813-371-1231/Fax: 813-371-1232
E-mail: gavin@stewartlegalgroup.com
*Attorney for First Bank, SB dba Servbank FKA*
*The Money Source Inc.*

In re:

Kimberly S. Corbin

                        Debtor.

Order Filed on April 26, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Chapter 13

Case No. 19-32786-ABA

Hearing Date: May 2, 2023

Judge Andrew B. Altenburg Jr.

**CONSENT ORDER RESOLVING MOTION TO VACATE AUTOMATIC STAY**

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: April 26, 2023**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Debtor:          Kimberly S. Corbin
Case No.:        19-32786-ABA
Caption of Order:   **CONSENT ORDER RESOLVING MOTION TO VACATE
                     AUTOMATIC STAY**

THIS MATTER having been opened to the Court upon the Motion to Vacate Automatic

Stay ("Motion") filed by First Bank, SB dba Servbank FKA The Money Source Inc. ("Creditor"),

whereas the post-petition arrearage was $53,650.74 as of April 24, 2023, and whereas the Debtor

and Creditor seek to resolve the Motion, it is **ORDERED**:

1.      The automatic stay provided under 11 U.S.C. §362(a) shall remain in effect as to

Creditor's interest in the following property: **311 Juniper Lane, Woolwich Twp., New Jersey**

**08085 (**"Property") provided that the Debtor complies with the following:

   a.   On or before **May 5, 2023**, the Debtor shall file a modified plan to provide for the

        for the curing and payment in full of the post-petition arrearage above, namely

        **$53,650.74**, in addition to the total pre-petition arrearage identified on Amended

        Proof of Claim Number 12-2 namely **$22,915.06** for a total arrearage cure of

        **$76,565.80**; and

   b.   In addition to the above, the Debtors shall resume making the regular monthly

        payments to Creditor as they become due beginning with the **May 1, 2023** payment.

2.      All direct payments due hereunder shall be sent directly to Creditor at the following

address: **First Bank, SB dba Servbank, Attn: Cashiering, 31338 E. Elwood Street, Phoenix,**

**AZ 85034**.

3.      The Debtor will be in default under the Consent Order in the event that the Debtor

fails to comply with the payment terms and conditions set forth in above paragraphs and/or if the

Debtor fails to make any payment due to Creditor under the Chapter 13 Plan.

4.      If the Debtor fails to cure the default within thirty (30) days from the date of default,

Creditor may submit a Certificate of Default to the Court on fourteen (14) days' notice to counsel

for Debtor and the Chapter 13 Trustee for an order lifting the automatic stay imposed under 11

U.S.C. § 362(a) and permitting Creditor to exercise any rights under the loan documents with

respect to the Property.

5.      Creditor is awarded reimbursement of attorney fees and costs in the amount of

$350.00 and $188.00 to be paid through the Chapter 13 Plan.

**STIPULATED AND AGREED**:


_____
Richard S. Hoffman, Jr., Esq.
Hoffman DiMuzio
412 Swedesboro Road
Mullica Hill, NJ 08062
*Counsel to Debtor*

/s/ Gavin N. Stewart
Gavin N. Stewart, Esq.
Stewart Legal Group, P.L.
401 East Jackson Street, Suite 2340
Tampa, FL 33602
*Counsel to Creditor*

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 19-32786-ABA

Kimberly S. Corbin                                                                  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 26, 2023 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 28, 2023:**

**Recip ID**        **Recipient Name and Address**
db          + Kimberly S. Corbin, 311 Juniper Lane, Swedesboro, NJ 08085-4045

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 28, 2023        Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 26, 2023 at the address(es) listed below:**

**Name**        **Email Address**

Denise E. Carlon
    on behalf of Creditor The Money Source Inc. dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Gavin Stewart
    on behalf of Creditor First Bank  SB dba Servbank FKA The Money Source Inc. bk@stewartlegalgroup.com

Gavin Stewart
    on behalf of Creditor The Money Source Inc. bk@stewartlegalgroup.com

Isabel C. Balboa
    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Isabel C. Balboa
    ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Richard S. Hoffman, Jr.
    on behalf of Debtor Kimberly S. Corbin rshoffman@hoffmandimuzio.com
jvillone@hoffmandimuzio.com;hoffmanrr81909@notify.bestcase.com

District/off: 0312-1                         User: admin                                     Page 2 of 2
Date Rcvd: Apr 26, 2023                     Form ID: pdf903                          Total Noticed: 1

U.S. Trustee
                    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 7