Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19−32786−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kimberly S. Corbin
   311 Juniper Lane
   Swedesboro, NJ 08085

Social Security No.:
   xxx−xx−2568

Employer's Tax I.D. No.:

### NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
### AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on May 14, 2020.

On 6/23/2023 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Andrew B. Altenburg Jr. on:

Date:            July 26, 2023
Time:              10:00 AM
Location:        Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: June 26, 2023
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-32786-ABA |
| Kimberly S. Corbin | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Jun 26, 2023 | Form ID: 185 | Total Noticed: 45 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 28, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kimberly S. Corbin, 311 Juniper Lane, Swedesboro, NJ 08085-4045 |
| aty | + | Gavin N Stewart, Stewart LEgal Group, P.L, 401 East Jackson Street, Suite 2340, Tampa, FL 33602-5226 |
| cr | + | Allied First Bank, SD DBA Servbank, P.O. Box 340514, Tampa, FL 33694-0514 |
| cr | + | First Bank, SB dba Servbank FKA The Money Source I, P.O. Box 340514, Tampa, FL 33694-0514 |
| 518606285 | + | Axiom Acquisition Ventures, LLC, Attn: ALpha Recovery Corp., 6912 S. Quentin Street, Unit 10, Englewood, CO 80112-4531 |
| 518606286 | + | Capital Bank NA, 110 Gibraltar Rd, Suite 130, Horsham, PA 19044-2302 |
| 518606288 | | Central Portfolio Control, 10239 Yellow Circle Drive, Suite 200, Minnetonka, MN 55343 |
| 518606292 | + | Inspira Health Urgent Care, PO Box 650292, Dallas, TX 75265-0292 |
| 518606293 | + | Inspira Medical Group, 1120 Delsea Drive North, Glassboro, NJ 08028-1444 |
| 518606294 | + | Lasik Plus Financing, 7840 Montgomery Rd, 3rd Floor, Cincinnati, OH 45236-4301 |
| 518606297 | + | PHEAA, PO Box 61017, Harrisburg, PA 17106-1017 |
| 518606300 | + | Receivable Management Services, LLC, PO Box 361348, Columbus, OH 43236-1348 |
| 518606302 | | Rothman Orthopaedics Institute, PO Box 412423, Boston, MA 02241-2423 |
| 518606303 | | Rushmore Service Center, PO Box 5508, Sioux Falls, SD 57117-5508 |
| 518606304 | + | Security Credit Services, LLC, 2612 Jackson Avenue, Oxford, MS 38655-5405 |
| 518606306 | + | Star Imaging of RiverWinds, 204 Grove Avenue, Suite F, Thorofare, NJ 08086-2557 |
| 518606307 | | The Money Source, PO Box 619063, Dallas, TX 75261-9063 |
| 518606308 | | Wells Fargo Card Services, PO Box 522, Des Moines, IA 50306-0522 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 26 2023 20:53:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 26 2023 20:53:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519890908 | + | Email/Text: BK@servicingdivision.com | Jun 26 2023 20:52:00 | Allied First Bank, SB dba Servbank, 3138 E Elwood St, Phoenix, Arizona 85034, Allied First Bank, SB dba Servbank, 3138 E Elwood St, Phoenix, Arizona 85034-7210 |
| 519890907 | + | Email/Text: BK@servicingdivision.com | Jun 26 2023 20:52:00 | Allied First Bank, SB dba Servbank, 3138 E Elwood St, Phoenix, Arizona 85034-7210 |
| 518606284 | + | Email/Text: bankruptcies@amerassist.com | Jun 26 2023 20:53:00 | Amerassist AR Solutions, 445 Hutchinson Ave, Ste 500, Columbus, OH 43235-8616 |
| 518625186 | + | Email/Text: bankruptcy@pepcoholdings.com | Jun 26 2023 20:53:00 | Atlantic City Electric, 5 Collins Drive, Suite 2133, Penns Grove, NJ 08069-3600 |
| 518622344 | + | Email/Text: documentfiling@lciinc.com | Jun 26 2023 20:52:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 518606287 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 26 2023 21:00:28 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |

Case 19-32786-ABA    Doc 80    Filed 06/28/23    Entered 06/29/23 00:13:38    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 26, 2023 | Form ID: 185 | Total Noticed: 45 |

| | | | | |
|---|---|---|---|---|
| 518622237 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 26 2023 21:00:42 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518606289 | + | Email/Text: documentfiling@lciinc.com | Jun 26 2023 20:52:00 | Comcast, PO Box 3001, Southeastern, PA 19398-3001 |
| 518606290 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Jun 26 2023 21:00:28 | First Premier Bank, PO Box 5519, Sioux Falls, SD 57117-5519 |
| 518606291 | + | Email/Text: Bankruptcy@ICSystem.com | Jun 26 2023 20:52:00 | I.C. System, POI Box 64378, Saint Paul, MN 55164-0378 |
| 518606295 | | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Jun 26 2023 21:00:35 | Navient, Dept of Ed Loan Servicing, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 518625036 | + | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Jun 26 2023 20:52:00 | Navient Solutions, LLC on behalf of, Ascendium Education Solutions, Inc., PO Box 8961, Madison, WI 53708-8961 |
| 518606296 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 26 2023 21:00:31 | OpenSky, PO Box 9224, Old Bethpage, NY 11804-9224 |
| 518659219 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 26 2023 21:00:28 | Pinnacle Service Solutions LLC, 4408 Milestrip Rd #247, Blasdell NY 14219-2553 |
| 518684749 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 26 2023 20:53:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 518675563 | + | Email/Text: bankruptcy@gopfs.com | Jun 26 2023 20:53:00 | Prestige Financial, PO Box 26707, Salt Lake City, UT 84126-0707 |
| 518606298 | ^ | MEBN | Jun 26 2023 20:50:48 | Prestige Financial Services, Inc., 351 W. Opportunity Way, Draper, UT 84020-1401 |
| 518606299 | | Email/Text: Triage_Bankruptcy_Notices@progressive.com | Jun 26 2023 20:52:00 | Progressive, PO Box 7247-0311, Philadelphia, PA 19170-0311 |
| 518606301 | ^ | MEBN | Jun 26 2023 20:51:02 | Receivables Outsourcing, LLC, PO Box 62850, Baltimore, MD 21264-2850 |
| 518614191 | + | Email/Text: courts@southjerseyfcu.com | Jun 26 2023 20:53:00 | South Jersey Federal Credit Union, 1615 Hurffville Road, Deptford, NJ 08096-6406 |
| 518606305 | | Email/Text: courts@southjerseyfcu.com | Jun 26 2023 20:53:00 | South Jersey Federal Credit Union, PO Box 5530, Deptford, NJ 08096-0530 |
| 518608329 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 26 2023 21:00:35 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518709576 | + | Email/Text: BK@servicingdivision.com | Jun 26 2023 20:52:00 | The Money Source Inc., 500 South Broad Street Suite 100A, Meriden, Connecticut 06450-6755 |
| 518697125 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 26 2023 21:00:34 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518699729 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jun 26 2023 21:00:43 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 27

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jun 26, 2023 | Form ID: 185 | Total Noticed: 45 |

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2023          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor The Money Source Inc. dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor First Bank  SB dba Servbank FKA The Money Source Inc. bk@stewartlegalgroup.com |
| Gavin Stewart | on behalf of Creditor Allied First Bank  SD DBA Servbank bk@stewartlegalgroup.com |
| Gavin Stewart | on behalf of Creditor The Money Source Inc. bk@stewartlegalgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Richard S. Hoffman, Jr. | on behalf of Debtor Kimberly S. Corbin rshoffman@hoffmandimuzio.com  jvillone@hoffmandimuzio.com;hoffmanrr81909@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8