**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

| 0 | Valuation of Security | 0 | Assumption of Executory Contract or Unexpired Lease | 0 | Lien Avoidance |

Last revised: August 1, 2020

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

In Re:    Case No.: 19-32786

KIMBERLY S. CORBIN    Judge: ABA

Debtor(s)

## Chapter 13 Plan and Motions

☐ Original    ☒ Modified/Notice Required    Date: 6/23/2023

☐ Motions Included    ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

**The following matters may be of particular importance. Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.**

THIS PLAN:

☐ DOES ☒ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☐ DOES ☒ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☐ DOES ☒ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney: ___RSH___    Initial Debtor: ___KSC___    Initial Co-Debtor: _____

**Part 1:    Payment and Length of Plan**

a. The debtor shall pay $ _____250.00_____ per _____month_____ to the Chapter 13 Trustee, starting on _____January 1, 2023_____ for approximately _____remaining 24_____ months.

b. The debtor shall make plan payments to the Trustee from the following sources:

☒    Future earnings

☐    Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:

☐ Sale of real property
Description:
Proposed date for completion: _____

☐ Refinance of real property:
Description:
Proposed date for completion: _____

☐ Loan modification with respect to mortgage encumbering property:
Description:
Proposed date for completion: _____

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☐ Other information that may be important relating to the payment and length of plan:

**Part 2:    Adequate Protection ☒ NONE**

    a.  Adequate protection payments will be made in the amount of $ _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

    b.  Adequate protection payments will be made in the amount of $ _____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____ (creditor).

**Part 3:    Priority Claims (Including Administrative Expenses)**

a.    All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| CHAPTER 13 STANDING TRUSTEE | ADMINISTRATIVE | AS ALLOWED BY STATUTE |
| ATTORNEY FEE BALANCE | ADMINISTRATIVE | BALANCE DUE: $ 4,410.00 |
| DOMESTIC SUPPORT OBLIGATION | | |
| Supplemental Attorney Fee | ADMINISTRATIVE | $700.00 |

b.  Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
Check one:

☒ None

☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|
| | Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount. | | |

**Part 4:    Secured Claims**

a. **Curing Default and Maintaining Payments on Principal Residence:** ☒ **NONE**

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

b. **Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears:** ☒ **NONE**

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

c. **Secured claims excluded from 11 U.S.C. 506:** ☒ **NONE**

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
|  |  |  |  |  |

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments** ☒ **NONE**

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e. Surrender** ☐ **NONE**

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| Prestige Financial Services | 2008 Nissan Altima | $900.00 | $441.22 |

**f. Secured Claims Unaffected by the Plan** ☐ NONE

The following secured claims are unaffected by the Plan:

Mortgage with Allied Bank sb fkaThe Money Source will be paid directly to creditor outside of the Plan. Pre-petition arrears and post-petition arrears that were ordered to be paid through plan by Docket #67 have been resolved via loan modification and are not paid through this plan.

Secondary lien with United States Department of Housing and Urban Development does not require a payment and will not be paid.

**g. Secured Claims to be Paid in Full Through the Plan**: ☒ NONE

| Creditor | Collateral | Total Amount to be Paid Through the Plan |
|---|---|---|
|  |  |  |

### Part 5:    Unsecured Claims ☐ NONE

**a. Not separately classified** allowed non-priority unsecured claims shall be paid:

☐ Not less than $ _____ to be distributed *pro rata*

☐ Not less than _____ percent

☒ *Pro Rata* distribution from any remaining funds

**b. Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
|  |  |  |  |

### Part 6:    Executory Contracts and Unexpired Leases  ☒ NONE

(NOTE: See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
|  |  |  |  |  |

### Part 7:    Motions  ☒ NONE

**NOTE:  All plans containing motions must be served on all affected lienholders, together with local form, *Notice of Chapter 13 Plan Transmittal*, within the time and in the manner set forth in D.N.J. LBR 3015-1.  A *Certification of Service, Notice of Chapter 13 Plan Transmittal, and valuation* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

a. **Motion to Avoid Liens Under 11. U.S.C. Section 522(f).**  ☐ NONE

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

**b. Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.** ☐ **NONE**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
| | | | | | | |

**c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☐ **NONE**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
| | | | | | |

## Part 8: Other Plan Provisions

**a. Vesting of Property of the Estate**

☒ Upon confirmation

☐ Upon discharge

**b. Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

**c. Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:

1) Ch. 13 Standing Trustee commissions
2) Administrative Expenses
3) Priority Claims
4) Unsecured Claims

**d. Post-Petition Claims**

The Standing Trustee ☐ is, ☒ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

**Part 9:    Modification ☐ NONE**

**NOTE: Modification of a plan does not require that a separate motion be filed. A modified plan must be served in accordance with D.N.J. LBR 3015-2.**

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being modified: 12/6/2019 .

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| Debtor has obtained a loan modification as reflected herein. | Part 1 - $250 per month starting January 2023 for 24 remaining months |
| | Part 3 – Supplemental Attorney Fee – Administrative – $700.00 |
| | Part 4(a) - Remove mortgage arrears |
| | Part 4(e) - Surrendered vehicle – remaining debt - $441.22 |
| | Part 4(f) – Add Mortgage after loan modification |
| | Part 4(f) - Add US Dept. of HUD secondary lien that was part of modification |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☒ Yes    ☐ No

**Part 10:   Non-Standard Provision(s): Signatures Required**

Non-Standard Provisions Requiring Separate Signatures:

☒ NONE

☐ Explain here:

Any non-standard provisions placed elsewhere in this plan are ineffective.

**Signatures**

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to Local Form, *Chapter 13 Plan and Motions*, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

Date: June 23, 2023 _____          /s/ Kimberly S. Corbin_____
**Debtor**

Date: _____          _____
**Joint Debtor**

Date: June 23, 2023 _____          /s/ Richard S. Hoffman, Jr._____
**Attorney for Debtor(s)**

United States Bankruptcy Court
District of New Jersey

In re:  
Kimberly S. Corbin  
    Debtor

Case No. 19-32786-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 3  
Date Rcvd: Jun 26, 2023     Form ID: pdf901     Total Noticed: 45

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 28, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kimberly S. Corbin, 311 Juniper Lane, Swedesboro, NJ 08085-4045 |
| aty | + | Gavin N Stewart, Stewart LEgal Group, P.L, 401 East Jackson Street, Suite 2340, Tampa, FL 33602-5226 |
| cr | + | Allied First Bank, SD DBA Servbank, P.O. Box 340514, Tampa, FL 33694-0514 |
| cr | + | First Bank, SB dba Servbank FKA The Money Source I, P.O. Box 340514, Tampa, FL 33694-0514 |
| 518606285 | + | Axiom Acquisition Ventures, LLC, Attn: ALpha Recovery Corp., 6912 S. Quentin Street, Unit 10, Englewood, CO 80112-4531 |
| 518606286 | + | Capital Bank NA, 110 Gibraltar Rd, Suite 130, Horsham, PA 19044-2302 |
| 518606288 | | Central Portfolio Control, 10239 Yellow Circle Drive, Suite 200, Minnetonka, MN 55343 |
| 518606292 | + | Inspira Health Urgent Care, PO Box 650292, Dallas, TX 75265-0292 |
| 518606293 | + | Inspira Medical Group, 1120 Delsea Drive North, Glassboro, NJ 08028-1444 |
| 518606294 | + | Lasik Plus Financing, 7840 Montgomery Rd, 3rd Floor, Cincinnati, OH 45236-4301 |
| 518606297 | + | PHEAA, PO Box 61017, Harrisburg, PA 17106-1017 |
| 518606300 | + | Receivable Management Services, LLC, PO Box 361348, Columbus, OH 43236-1348 |
| 518606302 | | Rothman Orthopaedics Institute, PO Box 412423, Boston, MA 02241-2423 |
| 518606303 | | Rushmore Service Center, PO Box 5508, Sioux Falls, SD 57117-5508 |
| 518606304 | + | Security Credit Services, LLC, 2612 Jackson Avenue, Oxford, MS 38655-5405 |
| 518606306 | + | Star Imaging of RiverWinds, 204 Grove Avenue, Suite F, Thorofare, NJ 08086-2557 |
| 518606307 | | The Money Source, PO Box 619063, Dallas, TX 75261-9063 |
| 518606308 | | Wells Fargo Card Services, PO Box 522, Des Moines, IA 50306-0522 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 26 2023 20:53:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 26 2023 20:53:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519890908 | + | Email/Text: BK@servicingdivision.com | Jun 26 2023 20:52:00 | Allied First Bank, SB dba Servbank, 3138 E Elwood St, Phoenix, Arizona 85034, Allied First Bank, SB dba Servbank, 3138 E Elwood St, Phoenix, Arizona 85034-7210 |
| 519890907 | + | Email/Text: BK@servicingdivision.com | Jun 26 2023 20:52:00 | Allied First Bank, SB dba Servbank, 3138 E Elwood St, Phoenix, Arizona 85034-7210 |
| 518606284 | + | Email/Text: bankruptcies@amerassist.com | Jun 26 2023 20:53:00 | Amerassist AR Solutions, 445 Hutchinson Ave, Ste 500, Columbus, OH 43235-8616 |
| 518625186 | + | Email/Text: bankruptcy@pepcoholdings.com | Jun 26 2023 20:53:00 | Atlantic City Electric, 5 Collins Drive, Suite 2133, Penns Grove, NJ 08069-3600 |
| 518622344 | + | Email/Text: documentfiling@lciinc.com | Jun 26 2023 20:52:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 518606287 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 26 2023 21:00:40 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |

Case 19-32786-ABA  Doc 81  Filed 06/28/23  Entered 06/29/23 00:13:38  Desc Imaged
Certificate of Notice  Page 12 of 13

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 26, 2023 | Form ID: pdf901 | Total Noticed: 45 |

| Recipient ID | | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| 518622237 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 26 2023 21:00:42 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518606289 | + | Email/Text: documentfiling@lciinc.com | Jun 26 2023 20:52:00 | Comcast, PO Box 3001, Southeastern, PA 19398-3001 |
| 518606290 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Jun 26 2023 21:00:30 | First Premier Bank, PO Box 5519, Sioux Falls, SD 57117-5519 |
| 518606291 | + | Email/Text: Bankruptcy@ICSystem.com | Jun 26 2023 20:52:00 | I.C. System, POI Box 64378, Saint Paul, MN 55164-0378 |
| 518606295 | | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Jun 26 2023 21:00:40 | Navient, Dept of Ed Loan Servicing, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 518625036 | + | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Jun 26 2023 20:52:00 | Navient Solutions, LLC on behalf of, Ascendium Education Solutions, Inc., PO Box 8961, Madison, WI 53708-8961 |
| 518606296 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 26 2023 21:00:29 | OpenSky, PO Box 9224, Old Bethpage, NY 11804-9224 |
| 518659219 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 26 2023 21:00:41 | Pinnacle Service Solutions LLC, 4408 Milestrip Rd #247, Blasdell NY 14219-2553 |
| 518684749 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 26 2023 20:53:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 518675563 | + | Email/Text: bankruptcy@gopfs.com | Jun 26 2023 20:53:00 | Prestige Financial, PO Box 26707, Salt Lake City, UT 84126-0707 |
| 518606298 | ^ | MEBN | Jun 26 2023 20:50:48 | Prestige Financial Services, Inc., 351 W. Opportunity Way, Draper, UT 84020-1401 |
| 518606299 | | Email/Text: Triage_Bankruptcy_Notices@progressive.com | Jun 26 2023 20:52:00 | Progressive, PO Box 7247-0311, Philadelphia, PA 19170-0311 |
| 518606301 | ^ | MEBN | Jun 26 2023 20:51:03 | Receivables Outsourcing, LLC, PO Box 62850, Baltimore, MD 21264-2850 |
| 518614191 | + | Email/Text: courts@southjerseyfcu.com | Jun 26 2023 20:53:00 | South Jersey Federal Credit Union, 1615 Hurffville Road, Deptford, NJ 08096-6406 |
| 518606305 | | Email/Text: courts@southjerseyfcu.com | Jun 26 2023 20:53:00 | South Jersey Federal Credit Union, PO Box 5530, Deptford, NJ 08096-0530 |
| 518608329 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 26 2023 21:00:35 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518709576 | + | Email/Text: BK@servicingdivision.com | Jun 26 2023 20:52:00 | The Money Source Inc., 500 South Broad Street Suite 100A, Meriden, Connecticut 06450-6755 |
| 518697125 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 26 2023 21:00:41 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518699729 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jun 26 2023 21:00:34 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

Case 19-32786-ABA   Doc 81   Filed 06/28/23   Entered 06/29/23 00:13:38   Desc Imaged
Certificate of Notice   Page 13 of 13

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 3 of 3 |
| Date Rcvd: Jun 26, 2023 | Form ID: pdf901 | Total Noticed: 45 |

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2023           Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 23, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor The Money Source Inc. dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor First Bank  SB dba Servbank FKA The Money Source Inc. bk@stewartlegalgroup.com |
| Gavin Stewart | on behalf of Creditor Allied First Bank  SD DBA Servbank bk@stewartlegalgroup.com |
| Gavin Stewart | on behalf of Creditor The Money Source Inc. bk@stewartlegalgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Richard S. Hoffman, Jr. | on behalf of Debtor Kimberly S. Corbin rshoffman@hoffmandimuzio.com jvillone@hoffmandimuzio.com;hoffmanrr81909@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8