| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with**<br>**D.N.J.LBR 9004-1**<br><br>**STEWART LEGAL GROUP, P.L**.<br>*Formed in the State of Florida*<br>Gavin N. Stewart, Esq.<br>*Of Counsel to Bonial & Associates, P.C.*<br>401 East Jackson Street, Suite 2340<br>Tampa, FL 33602<br>Tel: 813-371-1231/Fax: 813-371-1232<br>E-mail: gavin@stewartlegalgroup.com<br>*Attorney for Allied First Bank, SD DBA Servbank* | Chapter 13 |
| In re:<br><br>Kimberly S. Corbin<br><br>           Debtor. | Case No. 19-32786-ABA<br><br>Hearing Date: December 19, 2023<br><br>Judge Andrew B. Altenburg Jr. |

## ADJOURNMENT REQUEST FOR CHAPTER 13

1.  I, <u>Gavin N. Stewart, Esq.</u>,

    x am the attorney for: **Allied First Bank, SD DBA Servbank**
    ☐ am self-represented

    Phone number: **813-371-1231**

    Email address: **gavin@stewartlegalgroup.com**

2.  I request an adjournment of the following hearing:

    Matter: **Motion for Relief from Stay (Doc. No. 87)**

    Current hearing date and time: **December 19, 2023 at 10:00AM**

    New date requested: **January 30, 2023 at 10:00AM**

    Reason for adjournment request: **Additional time needed for payments to be made per the Debtor's Opposition.**

3. I request an adjournment of confirmation:

   Current confirmation date and time: _____

   New date requested: _____

   Reason for adjournment request: _____

   Confirmation has been adjourned ___ previous times

   Trustee payments are current through _____

   The meeting of creditors under § 341(a) of the Code  ☐ was conducted  ☐ was not conducted

4. Consent to adjournment:

   **X I have the consent of all parties.**

   ☐ **I do not have the consent of all parties** (explain below):

I certify under penalty of perjury that the foregoing is true.

Date:      December 18, 2023          */s/Gavin N. Stewart*
                                       Signature

**Pursuant to D.N.J. LBR 5071-1(b) an adjournment request must be made not later than 3 days before the hearing.**

**NOTE: THIS FORM MUST BE SUBMITTED TO THE CHAPTER 13 TRUSTEE, AND IS NOT REQUIRED WHEN SEEKING THE ADJOURNMENT OF A 341(a) MEETING OF CREDITORS.**

**OFFICIAL USE ONLY:**

The request for adjournment is:

☒ Granted        New hearing date: 1/30/24 a 10 am        ☐ Peremptory

☐ Granted over objection(s)  New hearing date: _____        ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/1/15*