| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Kimberly S. Corbin<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–2568<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   19–32786–ABA | | |

# Order of Discharge                                                                                       12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Kimberly S. Corbin

<u>3/7/25</u>                                                       **By the court:** <u>Andrew B. Altenburg Jr.</u>
                                                                            United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

  ♦ debts that are domestic support
    obligations;

  ♦ debts for most student loans;

  ♦ debts for certain types of taxes specified
    in 11 U.S.C. §§ 507(a)(8)( C),
    523(a)(1)(B), or 523(a)(1)(C) to the
    extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 19-32786-ABA
Kimberly S. Corbin  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 4
Date Rcvd: Mar 07, 2025      Form ID: 3180W      Total Noticed: 48

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 09, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Kimberly S. Corbin, 311 Juniper Lane, Swedesboro, NJ 08085-4045 |
| aty | + | Gavin N Stewart, Stewart LEgal Group, P.L., 401 East Jackson Street, Suite 2340, Tampa, FL 33602-5226 |
| cr | + | Allied First Bank, SD DBA Servbank, P.O. Box 340514, Tampa, FL 33694-0514 |
| cr | + | First Bank, SB dba Servbank FKA The Money Source I, P.O. Box 340514, Tampa, FL 33694-0514 |
| 518606285 | + | Axiom Acquisition Ventures, LLC, Attn: ALpha Recovery Corp., 6912 S. Quentin Street, Unit 10, Englewood, CO 80112-4531 |
| 518606286 | + | Capital Bank NA, 110 Gibraltar Rd, Suite 130, Horsham, PA 19044-2302 |
| 518606288 | | Central Portfolio Control, 10239 Yellow Circle Drive, Suite 200, Minnetonka, MN 55343 |
| 518606292 | + | Inspira Health Urgent Care, PO Box 650292, Dallas, TX 75265-0292 |
| 518606293 | + | Inspira Medical Group, 1120 Delsea Drive North, Glassboro, NJ 08028-1444 |
| 518606294 | + | Lasik Plus Financing, 7840 Montgomery Rd, 3rd Floor, Cincinnati, OH 45236-4301 |
| 518606300 | + | Receivable Management Services, LLC, PO Box 361348, Columbus, OH 43236-1348 |
| 518606302 | | Rothman Orthopaedics Institute, PO Box 412423, Boston, MA 02241-2423 |
| 518606303 | | Rushmore Service Center, PO Box 5508, Sioux Falls, SD 57117-5508 |
| 518606304 | + | Security Credit Services, LLC, 2612 Jackson Avenue, Oxford, MS 38655-5405 |
| 518606306 | + | Star Imaging of RiverWinds, 204 Grove Avenue, Suite F, Thorofare, NJ 08086-2557 |
| 518606307 | | The Money Source, PO Box 619063, Dallas, TX 75261-9063 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 07 2025 21:03:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 07 2025 21:02:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: courts@firstharvestcu.com | Mar 07 2025 21:02:00 | First Harvest Credit Union, 1615 Hurffville Road, PO Box 5530, Deptford, NJ 08096-0530 |
| 519890908 | + | Email/Text: BK@servicingdivision.com | Mar 07 2025 21:01:00 | Allied First Bank, SB dba Servbank, 3138 E Elwood St, Phoenix, Arizona 85034, Allied First Bank, SB dba Servbank, 3138 E Elwood St, Phoenix, Arizona 85034-7210 |
| 519890907 | + | Email/Text: BK@servicingdivision.com | Mar 07 2025 21:01:00 | Allied First Bank, SB dba Servbank, 3138 E Elwood St, Phoenix, Arizona 85034-7210 |
| 518606284 | + | Email/Text: bankruptcies@amerassist.com | Mar 07 2025 21:03:00 | Amerassist AR Solutions, 445 Hutchinson Ave, Ste 500, Columbus, OH 43235-8616 |
| 518625186 | + | Email/Text: bankruptcy@pepcoholdings.com | Mar 07 2025 21:02:00 | Atlantic City Electric, 5 Collins Drive, Suite 2133, Penns Grove, NJ 08069-3600 |
| 518622344 | + | EDI: COMCASTCBLCENT | Mar 08 2025 01:39:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |

Case 19-32786-ABA   Doc 111   Filed 03/09/25   Entered 03/10/25 01:16:39   Desc
Imaged Certificate of Notice   Page 4 of 6

| District/off: 0312-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Mar 07, 2025 | Form ID: 3180W | Total Noticed: 48 |

| | | | | |
|---|---|---|---|---|
| 518606287 | + | EDI: CAPITALONE.COM | Mar 08 2025 01:39:00 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 518606287 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 07 2025 21:12:32 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 518622237 | + | EDI: AIS.COM | Mar 08 2025 01:39:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518622237 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 07 2025 21:23:15 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518606289 | + | EDI: COMCASTCBLCENT | Mar 08 2025 01:39:00 | Comcast, PO Box 3001, Southeastern, PA 19398-3001 |
| 518606290 | | EDI: AMINFOFP.COM | Mar 08 2025 01:39:00 | First Premier Bank, PO Box 5519, Sioux Falls, SD 57117-5519 |
| 518606290 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Mar 07 2025 20:59:35 | First Premier Bank, PO Box 5519, Sioux Falls, SD 57117-5519 |
| 518606291 | + | EDI: LCIICSYSTEM | Mar 08 2025 01:39:00 | I.C. System, POI Box 64378, Saint Paul, MN 55164-0378 |
| 518606295 | | EDI: MAXMSAIDV | Mar 08 2025 01:39:00 | Navient, Dept of Ed Loan Servicing, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 518625036 | + | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Mar 07 2025 21:00:00 | Navient Solutions, LLC on behalf of, Ascendium Education Solutions, Inc., PO Box 8961, Madison, WI 53708-8961 |
| 518606296 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 07 2025 20:59:46 | OpenSky, PO Box 9224, Old Bethpage, NY 11804-9224 |
| 518606297 | + | Email/Text: bncnotifications@pheaa.org | Mar 07 2025 21:01:00 | PHEAA, PO Box 61017, Harrisburg, PA 17106-1017 |
| 518659219 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 07 2025 20:59:55 | Pinnacle Service Solutions LLC, 4408 Milestrip Rd #247, Blasdell NY 14219-2553 |
| 518684749 | + | EDI: JEFFERSONCAP.COM | Mar 08 2025 01:39:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 518675563 | + | Email/Text: bankruptcy@gopfs.com | Mar 07 2025 21:03:00 | Prestige Financial, PO Box 26707, Salt Lake City, UT 84126-0707 |
| 518606298 | ^ | MEBN | Mar 07 2025 20:51:42 | Prestige Financial Services, Inc., 351 W. Opportunity Way, Draper, UT 84020-1399 |
| 518606299 | | Email/Text: Triage_Bankruptcy_Notices@progressive.com | Mar 07 2025 21:01:00 | Progressive, PO Box 7247-0311, Philadelphia, PA 19170-0311 |
| 518606301 | ^ | MEBN | Mar 07 2025 20:52:27 | Receivables Outsourcing, LLC, PO Box 62850, Baltimore, MD 21264-2850 |
| 520165325 | + | Email/Text: BK@servicingdivision.com | Mar 07 2025 21:01:00 | Servbank, SB, 3138 E Elwood St, Phoenix, Arizona 85034-7210 |
| 520165326 | + | Email/Text: BK@servicingdivision.com | Mar 07 2025 21:01:00 | Servbank, SB, 3138 E Elwood St, Phoenix, Arizona 85034, Servbank, SB, 3138 E Elwood St, Phoenix, Arizona 85034-7210 |
| 518614191 | + | Email/Text: courts@southjerseyfcu.com | Mar 07 2025 21:03:00 | South Jersey Federal Credit Union, 1615 Hurffville Road, Deptford, NJ 08096-6406 |
| 518606305 | | Email/Text: courts@southjerseyfcu.com | Mar 07 2025 21:03:00 | South Jersey Federal Credit Union, PO Box 5530, Deptford, NJ 08096-0530 |
| 518608329 | ^ | MEBN | Mar 07 2025 20:52:20 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518709576 | + | Email/Text: BK@servicingdivision.com | Mar 07 2025 21:01:00 | The Money Source Inc., 500 South Broad Street Suite 100A, Meriden, Connecticut 06450-6755 |

| District/off: 0312-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Mar 07, 2025 | Form ID: 3180W | Total Noticed: 48 |

| | | | | |
|---|---|---|---|---|
| 518697125 | + | EDI: AIS.COM<br>Mar 08 2025 01:39:00 | | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518697125 | + | Email/PDF: ebn_ais@aisinfo.com<br>Mar 07 2025 21:52:05 | | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518699729 | | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com<br>Mar 08 2025 01:52:28 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 518606308 | | Email/PDF: BankruptcynoticesExceptions@wellsfargo.com<br>Mar 08 2025 01:39:09 | | Wells Fargo Card Services, PO Box 522, Des Moines, IA 50306-0522 |

TOTAL: 36

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 09, 2025            Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 7, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | ecfmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Denise E. Carlon | on behalf of Creditor The Money Source Inc. dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor First Bank SB dba Servbank FKA The Money Source Inc. bk@stewartlegalgroup.com |
| Gavin Stewart | on behalf of Creditor Allied First Bank SD DBA Servbank bk@stewartlegalgroup.com |
| Gavin Stewart | on behalf of Creditor The Money Source Inc. bk@stewartlegalgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Richard S. Hoffman, Jr. | on behalf of Debtor Kimberly S. Corbin rshoffman@hoffmandimuzio.com jvillone@hoffmandimuzio.com;hoffmanrr81909@notify.bestcase.com |
| Robert J. Malloy | on behalf of Creditor First Harvest Credit Union ecf@robmalloylaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-1　　　　　　　　　　　　　User: admin　　　　　　　　　　　　　　　　Page 4 of 4
Date Rcvd: Mar 07, 2025　　　　　　　　　　Form ID: 3180W　　　　　　　　　　　　　Total Noticed: 48
TOTAL: 9