Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                               Case No.: 19−32786−ABA
                               Chapter: 13
                               Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kimberly S. Corbin
   311 Juniper Lane
   Swedesboro, NJ 08085

Social Security No.:
   xxx−xx−2568

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Andrew B Finberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>April 8, 2025</u>                      <u>Andrew B. Altenburg Jr.</u>
                                         Judge, United States Bankruptcy Court